IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HI-TECH PHARMACEUTICALS, INC., :
:
Plaintiff, :
: CIVIL ACTION NUMBER
: 1:04-cv-3649-WBH
DEVINE DISTRIBUTION, INC. and :
DAVID N. KRATKA, :
:
Defendants. :

### ORDER

The parties have entered into an agreement and the Court has signed the Consent Order of Permanent Injunctive Relief submitted to the Court by all parties in the above-captioned action. The Court hereby DIRECTS the Clerk to administratively close the case. The parties shall execute any additional settlement documents and file the dismissal no later than July 15, 2005.

It is so ORDERED, this 13 day of January, 2005.

Willis B. Hunt, Jr.
Judge, United States District Court